CAMILO ECHAVARRIA (State Bar No. 192481)
  camiloechavarria@dwt.com
ANGELA CORRIDAN (State Bar No. 257076)
  angelacorridan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENDAR FAZELI,<br><br>  Plaintiff,<br><br> vs.<br><br>BANK OF AMERICA, a CORPORATION, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. **SACV 10-00541 AG(ANx)**<br><br>**JUDGMENT OF THE COURT REGARDING DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  July 11, 2011<br>Time:  10:00 a.m.<br>Before the Hon. Andrew J. Guilford<br>Courtroom:  10-D<br><br>Action Filed:  May 7, 2010 |

1      The Motion for Summary Judgment of Bank of America, N.A. ("Bank of America") came on regularly for hearing on July 11, 2011, at 10:00 a.m., before the Honorable Andrew Guilford in Courtroom 10-D in the above-entitled court, Santa Ana Division located at 411 West Fourth Street, Santa Ana, CA 92701-4516.

This Court, having read and considered the supporting points and authorities and evidence, having heard the arguments of counsel, and good cause appearing therefore, HEREBY ORDERS AND DECREES that Bank of America's Motion for Summary Judgment is GRANTED.

This Court further ORDERS AND DECREES that:

1. Judgment be entered against Pendar Fazeli ("Plaintiff") and in favor of Bank of America;

2. Plaintiff will take nothing by the Complaint and this action will be dismissed with prejudice on its merits and in its entirety; and

3. Bank of America will recover from said Plaintiff costs of suit.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED: July 14, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

---

1

JUDGMENT OF THE COURT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. SACV 10-00541 AG(ANx)
DWT 17565179v1 4900000-001131